**Joyce SPAIN, Plaintiff–Appellant,**

v.

**VIRGINIA COMMONWEALTH UNIVERSITY; Virginia Department of Labor and Industry, Defendants–Appellees,**

**and**

**Virginia, Defendant.**

**No. 10–1208.**

United States Court of Appeals,
Fourth Circuit.

Submitted: April 29, 2010.

Decided: May 4, 2010.

Joyce Spain, Appellant Pro Se. Sydney Edmund Rab, Assistant Attorney General, Richmond, Virginia, for Appellees.

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joyce Spain appeals the district court's order denying her Motion to Extend the Time to File Appeal. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Spain v. VCU,* No. 3:09–cv–00266–REP (E.D.Va. Jan. 19, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*